AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Marie Assa'ad-Faltas, MD MPH, )<br>*Petitioner*                )<br>v.                                                 )<br>The State of South Carolina,           )<br>*Respondent*                 ) | Civil Action No.    1:14-cv-04811-TLW |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($ __ ), which includes prejudgment interest at the rate of ___ %, plus post-judgment interest at the rate of ___ %, along with costs.

❒ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ _____ recover costs from the petitioner *(name)* _____ .

■ other: the petitioner, Marie Assa'ad-Faltas, shall take nothing of the respondent, The State of South Carolina, as to the petition filed and this action is dismissed without prejudice.

This action was *(check one)*:

❒ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❒ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Terry L. Wooten, Chief United States District Judge, presiding, having accepted the Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which dismissed the petition without prejudice.

Date:  January 30, 2015                                            *ROBIN L. BLUME, CLERK OF COURT*

                                                                                          s/G. Mills
                                                                    _____
                                                                    *Signature of Clerk or Deputy Clerk*